WILLIAM E. LAMPLEY, Plaintiff and Counterdefendant-Appellee, v. VIRGINA MITCHELL et al., Defendants and Counterplaintiffs-Appellants—(ASHLAND OIL & REFINING COMPANY, Defendant and Counterdefendant-Appellee.)

(No. 72-312; )

Fifth District—December 27, 1973.

*Rehearing denied February 25, 1974.*

Opinion by Mr. PRESIDING JUSTICE G. MORAN.

Bernard L. Minton, of McLeansboro, for appellants.

Howard W. Campbell, of Craig & Craig, of Mt. Vernon, for appellee.